IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 24-cv-02284-DDD-TPO                         Date: June 10, 2026
Courtroom Deputy: Jesse Torres                             FTR: Courtroom C402

| | |
|---|---|
| *Parties:* | *Counsel:* |
| KRISTEN FRY, | James Kerwin |
| | Grady Block (by video teleconference) |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO.1, | M. Jonathan Koonce |
| AUON'TAI ANDERSON, | |
| HASHIM COATES, | Edward Milo Schwab |
| SCOTT ESSERMAN, | |
| XOCHITL GAYTAN, | |
| MICHELLE QUATTLEBAUM, and | |
| MIDIAN SHOFNER, | |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 4:10 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court for several reasons: 1) Plaintiff's Motion for Leave to File Second Amended Complaint [ECF 165], 2) the discovery disputes identified in the Joint Discovery Dispute Statement submitted via e-mail by counsel to this Court's chambers, and 3) to discuss the status of the case.

The Court addresses Plaintiff's Motion for Leave to File Second Amended Complaint [ECF 165] and provides its ruling without any further arguments.

The Court addresses the discovery disputes identified in the Joint Discovery Dispute Statement submitted via e-mail by counsel to this Court's chambers. Arguments by counsel.

Counsel for Plaintiff makes an oral motion to expand the total number of allotted interrogatories by one to twenty-six. Defense counsel does not oppose Plaintiff's oral motion. Plaintiff advises the Court that based on the Court's allowance of the Second Amended Complaint, counsel intends to request additional written discovery.

Brief discussion is held regarding pretrial deadlines. The Court directs counsel to confer on a proposed extension of pretrial deadlines and to file a written motion **on or before June 12, 2026**, as discussed on the record.

For the reasons stated on the record, it is:

**ORDERED:**      For good cause shown, Plaintiff's Motion for Leave to File Second Amended Complaint [ECF 165] is **GRANTED.** Accordingly, Plaintiff shall file separately a clean copy of the proposed Second Amended Complaint attached at ECF 165-1 on or before **June 12, 2026.**

As to Dispute No. 1 involving the District Defendants, the District Defendants shall respond to the Requests for Production ("RFPs") at issue and shall include in their disclosure a list of which social media platforms each individual Defendant used, as discussed on the record.

As to Dispute No. 2 involving the District Defendants, for each social media platform the individual District Defendants used, each Defendant shall conduct a search utilizing the search terms in both noted boxes on page 9 of the Parties' Joint Position Statement and shall provide a certification as to each Defendant for each search term and each app searched.

As to Dispute No. 3 involving the District Defendants, defense counsel shall submit to this Court both a version of DPS 005138-05410 that was disclosed to Plaintiff and an unredacted version of the same **on or before June 17, 2026**. The Court will then conduct an *in-camera* review of the material at issue to determine discoverability.

As to Dispute No. 4 involving the District Defendants, the Court finds that Plaintiff's RFP Nos. 2, 3, and 5 each constitute one RFP as written. Accordingly, Defendants shall respond to each of these RFPs.

As to Dispute No. 5 and 6 involving the District Defendants, Defendants' numerosity objections to Plaintiff's Interrogatory Nos. 9 and 19 are **OVERRULED.** However, the objection to Interrogatory No. 18 is **SUSTAINED**. The Court finds Plaintiff's Interrogatory No. 18 constitutes three discrete interrogatories. Defendants' objection to Plaintiff's Interrogatory No. 22 is **SUSTAINED in part and OVERRULED in part.** Defendants' objection is **sustained** to the extent the Interrogatory

requests the communications made between attorney and client. Defendants' objection is **overruled** to the extent the Interrogatory requests the facts underlying those communications.

As to Dispute No. 7 involving the District Defendants, Defendants shall respond to Interrogatory No. 24 by disclosing the policies governing DPS-issued mobile devices. If no such policy exists, Defendants shall issue a signed affirmation by a witness affiant that no such policy exists.

For good cause shown and noting that it is unopposed, Plaintiff's oral motion to expand the total number of allotted interrogatories to twenty-six is **GRANTED.** Accordingly, Plaintiff's Interrogatory No. 24 shall be considered Plaintiff's twenty-sixth interrogatory issued in this action.

As to Dispute No. 1 involving Defendant Hashim Coates, Defendant shall provide Plaintiff with a summary of the searches conducted by counsel, including 1) the search terms used and 2) which social media accounts/devices/email accounts were searched, providing as much specificity as possible. Defendant Coates shall also provide a list of all social media accounts he has accessed over the relevant period, as discussed on the record. Counsel shall then confer further on this issue, and if counsel determine an evidentiary hearing is required to resolve this dispute, counsel shall file a written motion requesting such a hearing.

As to Dispute No. 2 involving Defendant Hashim Coates, Defendant agrees to produce additional documents and shall produce the material at issue on or before **June 12, 2026.**

As to Dispute No. 3 involving Defendant Hashim Coates, counsel shall continue conferral on this issue and shall file any Motion to Compel on the topic after **July 1, 2026.**

As to Dispute Nos. 4 & 5 involving Defendant Hashim Coates, Defendant's objections are **OVERRULED.** Defendant shall respond to Plaintiff's Interrogatory Nos. 3 & 4 on or before **July 1, 2026.**

As to Dispute No. 6 involving Defendant Hashim Coates, Defendant's objection is **OVERRULED.**

HEARING CONCLUDED.

**Court in recess: 6:11 p.m.**
Total time in court: 02:01

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*