IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02284-DDD-TPO

KRISTEN FRY,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1,
d/b/a Denver Public Schools,
AUON'TAI ANDERSON,
SCOTT ESSERMAN,
XOCHITL GAYTAN,
MICHELLE QUATTLEBAUM,
ALEX MARRERO,
HASHIM COATES, and
MIDIAN SHOFNER,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 20, 2026.**

For good cause shown and noting that it is unopposed, Plaintiff's Motion for Extension of Case Deadlines [ECF 193] is **granted**. The Court **modifies** Section 9 of the Scheduling Order at ECF 114 as follows:

| | |
|---|---|
| Discovery Cut-Off | January 22, 2027 |
| Dispositive Motions | March 8, 2027 |